# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| April Ayer,<br><br>      Plaintiff,<br><br>vs.<br><br>Community Mercy Health Partners d/b/a Springfield Regional Medical Center, et al.,<br><br>      Defendants. | Case No. 3:18-cv-00327<br><br>Judge: Thomas M. Rose<br>Magistrate Judge: Michael J. Newman |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, April Ayer, and Defendant, Community Mercy Health Partners, d/b/a/ Springfield Regional Medical Center, have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned matter are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims in the above-captioned action are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

**IT IS SO ORDERED.**

Date: 12/10/19

s/ Thomas M. Rose
_____
United States District Court Judge